# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

MICHAEL SCOTT HARRIS,

|  |  |
|---|---|
| *Petitioner* | ) |
| v. | ) |
| SHERI M. MILLER, | ) |
|  | ) |
| *Respondent* | ) |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Aug 16, 2019

SEAN F. McAVOY, CLERK

Civil Action No.   4:19-CV-5134-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Petitioner's construed Motion to Voluntarily Dismiss (ECF No. 6) is GRANTED.  Petitioner's Petition is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a).

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   Stanley A. Bastian   on a construed Motion to Voluntarily Dismiss (ECF No. 6).

Date:  August 16, 2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb

*(By) Deputy Clerk*

Penny Lamb